UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CHARLIE SHURN,

    Plaintiff,

v.                                              CAUSE NO. 3:23-CV-844 DRL-MGG

JEFF BYERS,

    Defendant.

## ORDER

Charlie Shurn filed a *pro se* complaint against Jeff Beyer,[1] alleging that Mr. Beyer failed to pay him his wages [1 at 2]. Mr. Beyer answered *pro se*, asserting that this matter has been decided in the St. Joseph Superior Court on November 17, 2022 (Case No. 71D02-2210-SC-004576) [3, 3-1]. The court ordered Mr. Shurn to show cause by November 6, 2023 as to why his claim is not barred by the doctrine of res judicata or *Rooker-Feldman* [4].

"Res judicata prevents parties from relitigating claims that were or could have been raised in a prior action for which there is now a final judgment on the merits." *Cooper v. Retrieval-Masters Creditors Bureau, Inc.*, 42 F.4th 688, 696 (7th Cir. 2022). "In particular, res judicata blocks a subsequent lawsuit 'if there is (1) an identity of the parties in the two suits; (2) a final judgment on the merits in the first; and (3) an identity of the causes of action.'" *Id.* Mr. Shurn says the prior case was "about an accident" and that his case here is about wages, deposit, labor, and cash [5].

But the complaint filed in St. Joseph Superior Court by Mr. Shurn against Mr. Beyer's business—and Mr. Beyer is in privity to his business, *see Zahran v. Frankenmuth Mut. Ins. Co.*, 1997 U.S. App. LEXIS 8879, 8-9 (7th Cir. Apr. 22, 1997)—alleged the recovery of wages and deposit too. The court may take judicial notice of the state court filings. Judgment was entered in that case [3-1]. Mr.

---

[1] Mr. Shurn sued Jeff "Buyers," but Mr. Beyer corrected the spelling of his name in his answer [3].

Shurn even noted in his complaint here that he had previously sued someone for this exact same event [1 at 3]. Mr. Shurn may not be challenging a state court judgment, but he is relitigating a claim. The court must dismiss the case as barred by the doctrine of res judicata.

Accordingly, the court DISMISSES Mr. Shurn's case.

SO ORDERED.

November 16, 2023

*s/ Damon R. Leichty*
Judge, United States District Court