AO 450 (Rev. 01/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Northern District of Indiana

CHARLIE SHURN

        Plaintiff

      v.                              Civil Action No. 3:23-cv-844

JEFF BYERS
*I & M Heating*

        Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of _____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED._____

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Damon R. Leichty

DATE:  11/17/2023              CHANDA J. BERTA, CLERK OF COURT

                            by____s/J. Barboza_____
                                    *Signature of Clerk or Deputy Clerk*